# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 16, 2018

156146 & (30)(38)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BRANDON LEWIS CAIN,
      Defendant-Appellant.

_____/

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
*Justices*

SC: 156146
COA: 336623
Wayne CC: 12-003375-FC

On order of the Court, the application for leave to appeal the July 7, 2017 order of the Court of Appeals is considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE that part of the December 13, 2016 order of the Wayne Circuit Court relating to Wayne CC: 12-003375-FC, because it does not address the issues raised in the motion for relief from judgment that the defendant filed in that case. We REMAND this case to the Wayne Circuit Court to address the issues in the defendant's motion for relief from judgment. The motions for miscellaneous relief are DENIED.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 16, 2018



d0509t

Clerk